1016

[No. 2790-42944-1.    Division One.    February 18, 1975.]

*In the Matter of the Estate of* EMILIE D. DOYLE, *Deceased.*
HILAH R. CONKLIN, *Appellant,* v. FLORENCE E. BICKLE,
*Respondent.*

Appeal from a judgment of the Superior Court for King
County, No. E-208433, James J. Dore, J., entered August 9,
1973. *Affirmed* by unpublished opinion per Callow, J., con-
curred in by Farris and Andersen, JJ.

[No. 2268-1.    Division One.    February 18, 1975.]

WILLIAM G. GORDON, *Appellant,* v. THE DEPARTMENT OF
MOTOR VEHICLES, *Respondent.*

Appeal from a judgment of the Superior Court for King
County, No. 748397, Nancy A. Holman, J., entered April 3,
1973. *Affirmed* by unpublished opinion per Williams, C.J.,
concurred in by Farris and Swanson, JJ.

[No. 2449-1.    Division One.    February 18, 1975.]

JOHN E. CYR, *Respondent,* v. JEREMIAH McGONIGLE *et al.,*
*Appellants.*

Appeal from a judgment of the Superior Court for King
County, No. 739105, David C. Hunter, J., entered June 29,
1973. *Affirmed in part and remanded* by unpublished opinion
per James, J., concurred in by Williams, C.J., and Swan-
son, J.

[No. 950-3.    Division Three.    February 18, 1975.]

MARGUERITE A. REYNOLDS, *Appellant,* v. DALE CLINE *et al.,*
*Respondents.*

Appeal from a judgment of the Superior Court for Spo-
kane County, No. 203991, Willard J. Roe, J., entered August
15, 1973. *Affirmed* by unpublished opinion per Munson, J.,
concurred in by McInturff, C.J., and Green, J.